# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER J. MARSHALL                                                                 PLAINTIFF

v.                                    NO: 4:18CV00091 JLH

TRACTOR SUPPLY COMPANY                                                                  DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 19th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE